1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   DAVID W. MOON (State Bar No. 197711)
3  A.R. KACHADOORIAN (State Bar No. 240601)
   2029 Century Park East
4  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
5  Facsimile:  310-556-5959

6  Attorneys for Defendant
     CHASE BANK USA, N.A.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL E. MOORE and DIANE M.           ) Case No. CV 09-0348-MMC
   ROONEY, individually and on behalf of all )
12 others similarly situated,                ) [Assigned to the Hon. Maxine M. Chesney]
                                             )
13              Plaintiffs,                  ) **STIPULATION AND [Proposed] ORDER**
                                             ) **TO EXTEND TIMES**
14         vs.                               )
                                             )
15 CHASE BANK USA, N.A.,                     ) AND ORDER THEREON
                                             )
16              Defendant.                   )
                                             )
17 _____   )

18

LA 51128817

STIPULATION AND [Proposed] ORDER TO EXTEND TIMES
Case No. CV 09-0348-MMC

1  WHEREAS, on January 26, 2009, plaintiffs Michael E. Moore and Diane M. Rooney (together, "Plaintiffs") filed the initial Class Action Complaint;

WHEREAS, on February 9, 2009, Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint");

WHEREAS, the response of defendant Chase Bank USA, N.A. ("Chase") to the Amended Complaint currently is due on or before March 16, 2009;

WHEREAS, the Court, in its Order Setting Initial Case Management Conference and ADR Deadlines, dated January 26, 2009 ("Initial Case Management Order"), scheduled the initial Case Management Conference in this case for May 8, 2009 at 10:30 a.m., and further set certain deadlines in April and May 2009 in connection with the initial Case Management Conference ("Corresponding Deadlines");

WHEREAS, multiple similar class actions are currently pending in this District and in other federal district courts around the country and a Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motion") has been filed with the Judicial Panel on Multidistrict Litigation (the "JPML") and docketed as In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation, MDL No. 2032;

WHEREAS, responses to the MDL Motion are due by March 16, 2009, any reply is due by March 23, 2009, and the JPML will thereafter schedule a hearing date;

WHEREAS, in light of the foregoing, the parties have agreed to an extension of the time for Chase to respond to the Amended Complaint, and to continue the initial Case Management Conference and Corresponding Deadlines set by the Court in its Initial Case Management Order, while the MDL Motion is pending;

WHEREAS, pursuant to Local Rule 6-1(a) parties may agree to a extension of time within which to answer or otherwise respond to a compliant, provided the change will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request by stipulation an order altering dates and deadlines previously fixed by the Court;

WHEREAS, the parties previously stipulated, without Court order, to an extension of the time in which Chase must respond to the Amended Complaint;

WHEREAS, the time modifications requested herein will alter the dates and deadlines set by the Court in its Initial Case Management Order; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. Chase's time to respond to the Amended Complaint is extended until: (a) in the event the MDL Motion is granted, at such time as may be ordered by the MDL transferee judge; or (b) in the event the MDL Motion is denied, 10 days after such denial.

2. The initial Case Management Conference in this case is continued until: (a) in the event the MDL Motion is granted, at such time as may be ordered by the MDL transferee judge; or (b) in the event the MDL Motion is denied, 45 days after such denial or as soon thereafter as possible. All Corresponding Deadlines set by the Court in its Initial Case Management Order are continued accordingly.

IT IS SO STIPULATED.

Dated: March 16, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DAVID W. MOON
A. R. KACHADOORIAN

By: */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: March 16, 2009

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
MICHAEL W. SOBOL
ROGER N. HELLER

By:     /s/ *Michael W. Sobol*
        Michael W. Sobol

Attorneys for Plaintiffs
   MICHAEL E. MOORE and
   DIANE M. ROONEY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference is continued to June 26, 2009. A Joint Case Management Statement shall be filed no later than June 19, 2009.

DATED: March 20, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge