Elizabeth J. Cabraser (State Bar No. 83151)
Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3336
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

Elizabeth A. Alexander
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Telephone:   (615) 313-9000
Facsimile:   (615) 313-9965

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. MOORE and DIANE M. ROONEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No. CV 09-0348-MMC<br><br>[Assigned to the Hon. Maxine M. Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>AND ORDER THEREON |

  WHEREAS, on February 9, 2009, Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint");

  WHEREAS, multiple similar putative class actions are currently pending in this District and in other federal district courts around the country and a Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motion") has been filed with the Judicial Panel on Multidistrict Litigation (the "JPML") and docketed as <u>In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation</u>, MDL No. 2032;

  WHEREAS, in light of the pending MDL Motion, the parties filed a Stipulation

1  and [Proposed] Order to Extend Times on March 16, 2009 (Docket No. 15);

2  WHEREAS, the Court issued an Order on March 20, 2009: (a) continuing the
3  initial Case Management Conference from May 8, 2009 to June 26, 2009; and (b) extending the
4  time for Defendant Chase Bank USA, N.A. to respond to the Amended Complaint until: (i) in the
5  event the MDL Motion is granted, at such time as may be ordered by the MDL transferee judge;
6  or (ii) in the event the MDL Motion is denied, 10 days after such denial (Docket No. 18);

7  WHEREAS, the JPML held a hearing on the MDL Motion on May 27, 2009, and
8  the parties expect a decision from the JPML soon which will coordinate all the multiple similar
9  actions;

10  WHEREAS, in light of the foregoing, the parties have agreed to further continue
11  the initial Case Management Conference and corresponding deadlines set by the Court in its
12  Initial Case Management Order, as it appears likely that that this action will be transferred to
13  another District for pre-trial purposes;

14  WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request by
15  stipulation an order altering dates and deadlines previously fixed by the Court;

16  WHEREAS, the parties previously stipulated, without Court order, to an extension
17  of the time in which Chase must respond to the Amended Complaint, and the Court has further
18  Ordered the extension of certain times, as set forth above (*See* Docket No. 18);

19  WHEREAS, the time modifications requested herein will alter dates and deadlines
20  set by the Court; and

21  WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

22  IT IS HEREBY STIPULATED, by and between the parties, through their
23  respective counsel of record, that:

24  The initial Case Management Conference in this case is continued from June 26,
25  2009 until August 21, 2009.  All corresponding deadlines set by the Court in its Initial Case
26  Management Order are continued accordingly.

27  IT IS SO STIPULATED.

28

| | | |
|---|---|---|
| Dated: June 9, 2009 | | STROOCK & STROOCK & LAVAN LLP<br>Julia B. Strickland<br>Stephen J. Newman<br>David W. Moon<br>A. R. Kachadoorian |

By:   */s/ Stephen J. Newman*
            Stephen J. Newman

Attorneys for Defendant
Chase Bank USA, N.A.

Dated:  June 9, 2009                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                        Elizabeth J. Cabraser
                                        Michael W. Sobol
                                        Roger N. Heller


By:   */s/ Michael W. Sobol*
            Michael W. Sobol

Attorneys for Plaintiffs
Michael E. Moore and Diane M. Rooney

1
2
**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

3
4
5   Dated: June 10, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28