1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   A.R. KACHADOORIAN (State Bar No. 240601)
3  CHRISTINE E. ELLICE (State Bar No. 276181)
   2029 Century Park East
4  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
5  Facsimile:  310-556-5959

6  Attorneys for Defendants
     CHASE BANK USA, N.A. and
7    CHASE ISSUANCE TRUST

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | In re: Chase Bank USA, N.A. "Check Loan" ) MDL No. 2032
   | Contract Litigation                      )
12 |                                          ) Case No. 3:09-md-02032-MMC
   |                                          )
13 | THIS DOCUMENT RELATES TO ALL             ) [Assigned to the Hon. Maxine M. Chesney]
   | CASES                                    )
14 |                                          ) **STIPULATION AND [PROPOSED] ORDER**
   |                                          ) **DISMISSING DEFENDANT CHASE**
15 |                                          ) **ISSUANCE TRUST**
   |                                          )
16 |_____)

17

18

19

20

21

22

23

24

25

26

27

28

LA 51531779

WHEREAS, on May 13, 2011, the Court certified a class of credit card customers of defendant Chase Bank USA, N.A. ("Chase") in this matter against Chase and Chase Issuance Trust (the "Trust");

WHEREAS, Chase represents that the Trust does not issue credit card accounts, did not send the promotional offers at issue, and had no role in the change in terms at issue;

WHEREAS, Chase confirms that all of the class members entered into contracts regarding the credit card accounts at issue with Chase, the issuer of the accounts, and not the Trust, and that each of the class members had contractual relationships with Chase, and not the Trust, regarding the credit card accounts at issue at the time of the change in terms at issue;

WHEREAS, the remaining claim in the Master Complaint in this matter is for breach of the implied covenant of good faith and fair dealing;

WHEREAS, based on the foregoing, the parties agree that it is appropriate to dismiss the Trust from this matter;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned matter shall be, and is, dismissed WITHOUT PREJUDICE as to all claims asserted in the Master Complaint against Chase Issuance Trust, with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 11, 2012

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
ALEXANDRIA KACHADOORIAN
CHRISTINE E. ELLICE

By: */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Defendants

LA 51531779

- 1 -

STIPULATION AND [PROPOSED] ORDER
MDL No. 2032, Case No. 3:09-md-02032-MMC

| | |
|---|---|
| Dated: April 11, 2012 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br>MICHAEL W. SOBOL<br>ROGER N. HELLER |

By: _/s/ Roger N. Heller (with permission)_
                Roger N. Heller

Attorneys for Plaintiffs

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51531779

- 2 -

STIPULATION AND [PROPOSED] ORDER
MDL No. 2032, Case No. 3:09-md-02032-MMC

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned matter shall be, and is, dismissed WITHOUT PREJUDICE as to all claims asserted in the Master Complaint against Chase Issuance Trust, with each party to bear their own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 12, 2012



_____
The Honorable Maxine M. Chesney
United States District Judge